# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5175
_____

S.B., Mother of A.M.S., a Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

April 15, 2019

PER CURIAM.

    AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Audrie M. Harris of Audrie M. Harris, P.A., Gainesville, for Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville; Thomasina F. Moore and Sara Elizabeth Goldfarb, Florida Statewide Guardian ad Litem Office, Tallahassee; and David A. Davis, Guardian ad Litem Program, Tallahassee, for Appellee.